**Electronically Filed
Supreme Court
SCPW-23-0000219
31-MAR-2023
08:10 AM
Dkt. 5 ODDP**

SCPW-23-0000219

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

JONATHAN P. SPIES, Petitioner,

vs.

THE HONORABLE ROBERT D.S. KIM,
Chief Judge of the Circuit Court of the Third Circuit,
State of Hawai‘i, Respondent Judge.

_____

ORIGINAL PROCEEDING
(3CPC-21-0001004)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of
mandamus filed on March 29, 2023, and the record, Petitioner has
not demonstrated a clear and indisputable right to relief, nor a
lack of alternative means to seek relief. See Kema v. Gaddis,
91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999).

It is ordered that the petition is denied.

DATED: Honolulu, Hawai‘i, March 31, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

